**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 174 MAL 2014 |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| STEVEN RICHARD MCCOLLUM, JR., | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.